Steven S. Soliman (285049)
**THE SOLIMAN FIRM**
245 Fischer Avenue, Ste. D-1
Costa Mesa, CA 92626
Telephone: 714.491.4111
Facsimile: 714.491.4111
ssoliman@thesolimanfirm.com

Attorneys for Plaintiff
Thomas Wheeler

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THOMAS WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRICKELL BRANDS, LLC,<br><br>Defendant. | Case No. 2:19-cv-00678-SVW (RAOx)<br><br>Hon. Stephen V. Wilson, Judge<br>Courtroom 10A<br><br>**JOINT NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Trial Date:        Not yet set<br>Date Action Filed: January 29, 2019 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that putative class plaintiff Thomas Wheeler ("Plaintiff") and defendant Brickell Brands, LLC ("Defendant" or collectively the "Settling Parties"), by and through their counsel, have resolved all claims between them in the above-captioned litigation.

WHEREAS, Plaintiff filed the operative class action complaint in this action against Defendant on January 29, 2019 alleging violations of the Telephone Consumer Protection Act.

WHEREAS, Defendant was served with the Summons and Complaint in this action on March 12, 2019.

WHEREAS, the Settling Parties previously stipulated to extend the deadline for Defendant to respond to the Complaint until May 2, 2019.

WHEREAS, the Settling Parties have negotiated and executed a settlement agreement resolving all claims between them.

WHEREFORE, the Settling Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the following:

(1)     This action is voluntarily dismissed in its entirety;

(2)     Plaintiff's individual claims are dismissed **with prejudice**;

(3)     Class claims shall be dismissed **without prejudice**; and

(4)     The Settling Parties shall bear their own attorneys' fees and costs.

Dated:     May 2, 2019                    THE SOLIMAN FIRM


By: */s/ Steven S. Soliman*
Steven S. Soliman

Attorney for Plaintiff
Thomas Wheeler

Dated:      May 2, 2019                    SNELL & WILMER L.L.P.


                                           By: /s/ Becca Wahlquist
                                               Becca J. Wahlquist

                                           Attorneys for Defendant
                                           Brickell Brands, LLC


## **ATTORNEY ATTESTATION**

     I, Steven Soliman, am the ECF User whose ID and password are being used
to file this Stipulation.  In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby
attest that all other signatories listed, and on whose behalf the filing is submitted,
concur in the filing's content and have authorized the filing.


Dated:      May 2, 2019                    THE SOLIMAN FIRM


                                           By: /s/ Steven S. Soliman
                                               Steven S. Soliman

                                           Attorney for Plaintiff
                                           Thomas Wheeler

Joint Notice of Voluntary Dismissal Pursuant
to Fed. R. Civ. Proc 41(a)(1)(A)(ii)
2:19-CV-00678-SVW (RAOx)